IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARGARET MARAMBIO,
CARLOS R. SOTO OLGUIN,
CARLOS AUGUSTIN SOTO AND
MARGARET KATHERINE SOTO,
      Appellants,

  v.

     Case No.  5D21-2456
     LT Case No. 2021-CC-001240-O

VIKRAM KHANDELWALVS,
      Appellee.
_____/

Decision filed May 31, 2022

Nonfinal Appeal from the County
Court for Orange County,
Elizabeth Starr, Judge.

Debi V. Rumph, of The Law
Offices of Debi V. Rumph,
Orlando, for Appellants.

Charles Patrick Brady, of
Charles Brady Law, PLLC,
St. Petersburg, for Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER and SASSO, JJ., concur.
LAMBERT, C.J., dissents, without opinion.